BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, PLAINTIFF-APPELLANT, v. JOSEPH L. SMITH, A JUDGE OF THE SUPERIOR COURT OF NEW JERSEY, DEFENDANT AND LOUIS P. BRENNER, DEFENDANT-RESPONDENT.

Argued January 4, 1954—Decided January 25, 1954.

*Mr. Frederick J. Gassert* argued the cause for the appellant.

*Mr. Frank G. Schlosser* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Eastwood in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices WACHENFELD, BURLING and JACOBS—4.

*For reversal*—Justices HEHER, OLIPHANT and BRENNAN—3.